UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

DENISE M. NEWCOMER,

                Plaintiff,

     v.                                              3:05-CV-1606

MICHAEL J. ASTRUE, Commissioner of
Social Security,

                Defendant.
_____

APPEARANCES:                                    OF COUNSEL:

FOR PLAINTIFF:

HINMAN, HOWARD & KATTELL, LLP       EUGENE D. FAUGHNAN, ESQ.
Post Office Box 5250
700 Security Mutual Building
80 Exchange Street
Binghamton, New York 13902-5250

FOR DEFENDANT:

SOCIAL SECURITY ADMINISTRATION       KAREN G. FISZER, ESQ.
Office of Regional General Counsel            Special Assistant U.S. Attorney
Region II
26 Federal Plaza - Room 3904
New York, New York 10278

HON. GLENN T. SUDDABY                 WILLIAM H. PEASE, ESQ.
United States Attorney for the                Assistant United States Attorney
Northern District of New York
100 S. Clinton Street
Syracuse, New York 13261-7198

NORMAN A. MORDUE, CHIEF JUDGE

## ORDER

The above matter comes to me following a Report-Recommendation by Magistrate

Judge David R. Homer, duly filed on the 13th day of February 2008.  Following ten days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

ORDERED, that:

1. The Report-Recommendation is hereby approved.

2. The Decision denying disability benefits is remanded for further proceedings.

3. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

IT IS SO ORDERED.

Dated: February 29, 2008
       Syracuse, New York

_____
Norman A. Mordue
Chief United States District Court Judge